# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:17CR200 |
| | § | |
| ALFREDDIE POSTELL | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before the Court as well as his right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore, **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be that he be sentenced as follows: Count 1 - one day imprisonment, which has already been served by the Defendant, with 35 months supervised release to follow with the first special condition that the first six months of supervised release be served on home confinement with location monitoring to be served at his mother's residence. Counts 2, 4, and 5 - one day of imprisonment with 54 months of supervised release to follow with a special condition that the first six months of supervised release be served on home confinement

with location monitoring to be served at his mother's residence. All counts are to run concurrently to each other.

It is further **ORDERED** that while on supervised release, Defendant must not commit another federal, state, or local crime, and must comply with the standard conditions that have been adopted by the Court. Additionally, the Court finds that the special conditions originally imposed by the Court are still relevant and are reimposed as outlined in the Report and Recommendation.

**IT IS SO ORDERED.**

SIGNED at Beaumont, Texas, this 13th day of April, 2018.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE